# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2530
_____

TRACY L. ROBINSON,

    Appellant,

    v.

STATE OF FLORDA, DEPARTMENT
OF REVENUE, CHILD SUPPORT
PROGRAM and TIERRA FELTON,

    Appellees.

_____

On appeal from the Department of Revenue, Child Support Program.
Ann Coffin, Director.

August 10, 2026

PER CURIAM.

    AFFIRMED.

LEWIS, RAY, and M.K. THOMAS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Tracy L. Robinson, pro se, Appellant.

James Uthmeier, Attorney General, and Sarah C. Prieto, Assistant Attorney General, Fort Lauderdale, for Appellees.